# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-989-GW-MARx | Date | June 26, 2023 |
|---|---|---|---|
| Title | *DaVinci Aircraft, Inc. v. RLI Insurance Company, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On June 23, 2023, Plaintiff DaVinci Aircraft, Inc. filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court now sets an order to show re: settlement hearing for July 27, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on July 26, 2023.

:

Initials of Preparer   JG