**JS-6**

# UNITED STATES DISTRICT COURT OF CALIFORNIA

# CENTRAL DISTRICT – WESTERN DIVISION

| | |
|---|---|
| DAVINCI AIRCRAFT, INC. | Case No. CV 23-989-GW-MARx |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND REQUEST TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT** |
| v. | |
| RLI INSURANCE COMPANY; ARMOUR AND SON TRUCKING INC.; and DOES 1 TO 25, inclusive. | Complaint filed: November 11, 2022<br>Trial Date:       January 23, 2024 |
| Defendants. | |

Having considered the stipulation of counsel and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the within action is hereby dismissed WITH PREJUDICE in its entirety as to all Parties.  Notwithstanding the above, at the request of the Parties, the Court retains jurisdiction to enforce the settlement agreement pursuant to the Court's inherent power as recognized in *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 378, 114 S. Ct. 1673, 1676, 128 L. Ed. 2d

391 (1994) and pursuant to California Code of Civil Procedure § 664.6. Each of the Parties is to bear its own attorneys fees and costs with respect to this action only.

Dated: August 18, 2023

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE